UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRODIE, J.

JAMELL COPIEL
BIN#18r23933
POBOX51
COMSTOCK NEW YORK 12821-0051
------------PLAINTIFF;------

BLOOM, M.J.

CIVIL RIGHTS COMPLAINT
42 U.S.C 1983

JURY DEMAND
YES X

-against-
KEVIN PUGLIESSE#21383
JOHN QUINN#????
CITY OF NEW YORK------
            DEFENDANTS.

CV19-4231

RECEIVED JUL 24 2019 PRO SE OFFICE

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.
★ JUL 24 2019 ★
BROOKLYN OFFICE

1. PARTIES JAMELL COPIEL

GREAT MEADOW CORRECTIONAL FACILITY
POBOX 5.1
COMSTOCK, NEWYORK 12821-0051
prison id #18-R-2393

B.
Defendant No.1 KEVIN PUGLIESSE #21383

    Police Officert
    103rd PRECINT

Defendant No.2 JOHN QUINN#????
    103rd Precint

Defendant No.3 THE CITY OF NEW YORK

2. Statement of Claim

1. On February, 22nd, 2018 at Approximantly 12:30pm, in the County of Queens, I the plaintiff Jamell Copiel was being subjected to A N.Y.P.D. 103RD Precint pursuit chasae by P.O Kevin Pugliesse #21383 who was chasing me with his assign patrol vehicle while I was on foot. The vehicle was A unmarked car.

2. As the chase was in commission the pursuit was pursued on 109t avenue and 160th strees cross way area. The p.o. Kevin pugliess3#21383 never Announced his presence as A law enforcement agent or policeeofficer during his initial encounter by alerting his self on A patrol loud speaker ore via siren announcement he chose to do neither. He proceeded to disregard my safty and accelerated the speed as A way of demonstrating A unauth-

orized Use of Force.
--------------------

3. P.O. Kevin Pugliesse #21383 completely disregarded the N.Y.P.D Patrol Guide Directive #221-15 Protocol Guideline, of P.D.371-153 Vehicle Pursuit Report he never made A verbal Order or request to stop he remained silent in the pursuit the entire time span he used the vehicle to commence the Assault upon my body.

4. As I was runni8ng away from this unmarked mystery vehicle towards 159th street and 160th I could hear the vehicle accelaration adjusting ITS SPEED TOWARDS me, in A manner adjustment-next he adjusted the speed A third time this time he made direct contact upon me, by hitting me upon my right leg causing substantial pain and as A result I was subjected to the use OF A MEDICle walking cane to move about.

5. I was being pursued due to A alleged criminal complaiunt filed against A person accused of violating A penal law code. After the vehicle hit me violently at approximatly 40 miles per hour, I had to make A split second decision on my survival intent, prior tothe vehicle mhitting me which I HAD TO JUMP UPON A PARKED CAR TO AVOID BEING HIT, but I never made it he hit me upon my right leg aad I then forced myself to jump onto A parked vehicle.

6. Upon arriving to the 103rd Pct. I had requested for medicle-assistance for my injury to my right leg to some officer who-hit me. He alerted medicle assistance from Jamaica Hospital-whomin return sent over E.M.T. technicians who had effected-A examination and had determine here was no injury. soon there after I was transported over to Criminal Court where I informed my attorney Kevin Michaels, Esq. who took mnotes of my

grievance. I was subjequedtly sent to corrections at the Vernon C. Bain center.

Upon entering the V.C.B.C facility I immediately recieved medical treatment for right leg. I was issued A priscription of painkillers[]Ibruprofen800] and walking cane.[See medical report EXHIBITS.

8. Soon thereafter I filed A Grievance Complaint to the Civilian Complaint Reviewed Board on September,7th,2018 regarding this incident and P.O. misconduct and Brutality.

9. AS A result of this incident I have sufferd severe excruciating pain in my right leg. I am experiencing difficulty in my mobilty Adjustments in terms of walking. I am still to keep and use A walking cane due to my stumbling and immoble imbalance. I suffer from mental distress, emotional duress, paranoia of uniform officers and ee-occuring flashbacks and anxiety attacks and night mares.

3. RELIEF SOUGHT
-------------
I would like to have this POLICE OFFICER held accountable for my injuries. And if I am granted A Civil Trial and I successfuly prove this incident and allegations Iwould like to be reasonably and fairly compensated for myinjuries that i,ve recieved unnessarily.500.000 DOLLARS FOR PAIN&SUFFERING. I declare under penalty of perjury that on 9TH DAY OF MAY 2018 I delivered this complaint to prison authorities at Great-Meadow Correctional Facility P.O.Box 51 Comstock,New York-

To be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty that the foregoingg is true and correct
continued:

Dated: MAY 9,2019     x   JAMELL COPIEL#18-R-2393

                                             P.O.Box 51

                                             Comstock,New york 12821-0051



| PATROL GUIDE | | | |
|---|---|---|---|
| Section: Tactical Operations | | Procedure No: 221-15 | |
| VEHICLE PURSUITS | | | |
| DATE ISSUED: 06/01/16 | DATE EFFECTIVE: 06/01/16 | REVISION NUMBER: | PAGE: 1 of 4 |

**PURPOSE**  To determine the necessity of commencing a vehicle pursuit and the method to be employed in conducting such a pursuit.

**DEFINITIONS**  <u>PRIMARY VEHICLE</u> - vehicle initiating pursuit.
<u>SECONDARY VEHICLE</u> - first additional unit assisting in pursuit.

**PROCEDURE**  Upon observing a vehicle which is to be stopped or there is a likelihood that vehicle pursuit may be imminent:

**UNIFORMED MEMBER OF THE SERVICE, PRIMARY VEHICLE**
1. Initiate vehicle stop when feasible.
2. Determine the necessity for commencing and continuing a vehicle pursuit by considering the following:
   a. Nature of offense
   b. Time of day
   c. Weather condition
   d. Location and population density
   e. Capability of Department vehicle
   f. Familiarity with area.

**NOTE**  *Department policy requires that a vehicle pursuit be terminated whenever the risks to uniformed members of the service and the public outweigh the danger to the community if suspect is not immediately apprehended. If chase is terminated, members will attempt to obtain sufficient information to effect apprehension.*

3. Notify radio dispatcher at start of pursuit and provide the following information:
   a. Your location
   b. Type of vehicle, color and direction of travel
   c. Nature of offense
   d. Registration number and state of registration
   e. Occupants
   f. Any other pertinent information.
4. Maintain contact with radio dispatcher <u>but do not</u> depress transmitter key ✱ unnecessarily.
   a. Keep radio transmissions brief and speak in normal tones.
5. Utilize vehicle's emergency signaling devices intelligently.
   a. <u>Do not</u> use the "<u>constant</u>" position on siren, since it tends to distort ✱ transmissions and blot out the sound of approaching vehicles.
6. Inform radio dispatcher if vehicle changes direction.
   a. Give last location of vehicle, speed, and direction of travel.
7. Notify radio dispatcher if pursued vehicle is lost or pursuit is terminated.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 221-15 | 06/01/16 | | 2 of 4 |

| | | |
|---|---|---|
| **PATROL SUPERVISOR, PRECINCT OF OCCURRENCE** | 8. | **DIRECT AND CONTROL THE PURSUIT AND THE APPREHENSION EFFORT**.<br>a.  Monitor radio transmissions<br>b.  Keep radio dispatcher informed of location<br>c.  Limit involvement and control radio use of other units. |
| **NOTE** | | *Units other than the primary vehicle, secondary vehicle and supervisor's unit shall stay off the air <u>except</u> in extreme emergencies and stay clear of the pursuit but remain alert to its progress. They will <u>not</u> join in or interfere with the pursuit vehicles.* |
| | 9. | Request other units to respond to strategic locations to apprehend the vehicle.<br>a.  Primary and secondary units will be the <u>only</u> units to operate in close pursuit of the pursued vehicle.<br>b.  Additional units may be requested by the officers in the primary unit or by a supervisor, if it appears that the officers in the vehicle involved would not be able to safely effect the apprehension of the suspects.  <u>Vehicles shall not caravan behind pursuing vehicles</u>. |
| | 10. | <u>Terminate the pursuit, if necessary</u>. |
| | 11. | Coordinate a search of the vicinity where pursued vehicle last observed. |
| **RADIO DISPATCHER, COMMUNICATIONS SECTION** | 12. | Notify Communications Section platoon commander/uniformed supervisor of pursuit. |
| | 13. | Direct other units to assist and support the pursuing vehicles, as directed by the patrol supervisor.<br>a.  If the registration plate number is known, inform members concerned whether the vehicle is wanted on an alarm or not. |
| **NOTE** | | *When a vehicle pursuit results from another assignment, status code 10-88 will be utilized in ICAD. Pick-up vehicle pursuits will be entered as 10-60I.* |
| **PLATOON COMMANDER/ UNIFORMED SUPERVISOR, COMMUNICATIONS SECTION** | 14. | Monitor pursuit.<br>a.  Control and direct the apprehension effort, in the absence of active patrol supervisor.  <u>Terminate pursuit if warranted</u>. |
| **UNIFORMED MEMBER OF THE SERVICE, SECONDARY VEHICLE** | 15. | Acknowledge assignment as secondary vehicle.<br>a.  Allow at least five car lengths distance from primary pursuit vehicle.<br>b.  <u>Do not</u> pass primary vehicle unless requested by that unit, or if other circumstances exist such as a collision, mechanical malfunction, etc. |
| **PATROL SUPERVISOR, PRECINCT ORIGINATING PURSUIT** | 16. | Immediately after pursuit, prepare **VEHICLE PURSUIT REPORT (PD371-153)**. |
| | 17. | Forward report to commanding officer, precinct originating pursuit. |

**NEW • YORK • CITY • POLICE • DEPARTMENT**

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 221-15 | 06/01/16 | | 3 of 4 |

**NOTE**  If pursuit is initiated by other than Patrol Services Bureau personnel, the immediate supervisor of those officers will perform the duties of the patrol supervisor.

**COMMANDING OFFICER, PRECINCT ORIGINATING PURSUIT**

18. Review and endorse patrol supervisor's report (include statement regarding disciplinary action) and have copies forwarded, as follows:
    a. Commanding Officer, Personnel Safety Desk (original and copy through channels)
    b. Borough Safety Officer
    c. Commanding officers of members involved in pursuit (attach **SUPERVISOR'S COMPLAINT REPORT (PD468-123)**, if prepared).

**COMMANDING OFFICER OF MEMBER INVOLVED IN PURSUIT**

19. Determine and take appropriate disciplinary action (command discipline, charges and specifications, etc.) and notify Borough Safety Officer.
20. Have a copy of all reports prepared placed in personal folder of members involved.

**PERSONNEL SAFETY DESK**

21. Have a number assigned to report, upon receipt.
    a. Numbers will start with 0001 for the first incident reported each year.

**NOTE**  The Personnel Safety Desk will maintain a chronological file of all reported vehicle pursuits.

22. Have a copy of report forwarded to:
    a. Commanding Officer, Driver Education and Training Unit
    b. Commanding Officer, Personnel Records Section.

**C.O., PERSONNEL RECORDS SECTION**

23. Have report placed in the personal folder of officers involved.

**DIRECTOR, INFORMATION TECHNOLOGY SERVICES DIVISION**

24. Prepare and forward a monthly report of <u>all</u> vehicle pursuits to the appropriate Borough Safety Officer.

**BOROUGH SAFETY OFFICER**

25. Insure that a vehicle pursuit report has been prepared for all pursuits identified by Communications Section.
26. Review and report data regarding vehicle pursuits to patrol borough commanding officer.

**ADDITIONAL DATA**

The following tactics are prohibited and <u>will not be</u> used in an attempt to stop a vehicle:
a. Ramming
b. Placing moving Department vehicle in a position to be struck by the pursued vehicle ✷
c. Driving alongside the pursued vehicle
d. Roadblocks (unless specifically directed by supervisory personnel).

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 221-15 | 06/01/16 | | 4 of 4 |

**ADDITIONAL DATA (continued)**   Unmarked Department vehicles will limit pursuits.

Department vans and scooters (2 and 3 wheel) <u>will not</u> be used in pursuits.

Two wheel motorcycles will limit pursuits and terminate pursuit when a four wheel Department vehicle has joined pursuit.

**RELATED PROCEDURES**   Vehicle Collisions - General Procedure (P.G. 217-01)
Vehicle Collisions Which Result in Death, Serious Injury and Likely to Die, or Critical Injury (P.G. 217-02)

**FORMS AND REPORTS**   *SUPERVISOR'S COMPLAINT REPORT (PD468-123)*
*VEHICLE PURSUIT REPORT (PD371-153)*

**NEW • YORK • CITY • POLICE • DEPARTMENT**

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev 12-99)-Pent-RMU

**SECTION I - TO BE COMPLETED BY N.Y.P.D.**

| Field | Value |
|---|---|
| Prisoner's Name (Last, First, M.I.) | Bodie, Jamell |
| Age | 19 |
| Sex | M |
| Address | 1441 Gipson Street, Far Rockaway NY |
| Arresting Officer Rank/Name | PO Holiber |
| Shield No. | 21383 |
| Tax Reg. No. | 957052 |
| Command | 155 |
| Arrest No. | Q18007827 |
| Crime Of Arrest | 103 |
| Charge | Robbery 2 |
| Escort Officer | PO Keliese |
| Shield No. | 2639 |
| Tax Reg No. | 957065 |
| Prisoner Refused Medical Aid | Yes |
| Date | 02/22/18 |
| Time | 0230 |
| Nature Of Illness/Injury | Pain to right leg |
| Restraining Devices Used | Yes - Handcuffs |
| E.S.U. Responded | No |

**Remarks:** Prisoner complained of pain to right leg sustained while resisting Arrest. Prisoner RMA

E.M.S. Field Personnel: Herman, Michael — Shield# 1750 — Date 2/22/18 — Time 0231

E.M.S. Court Section: RMM (?)

NYPD Supervisor/Desk Officer: Sgt Laliberte, Keith R. — Cmd. Of Arrest/Court Section 103 — Date 2/22/18 — Time 0300

**SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF**

NYPD Court Section Supervisor: Sgt Silkas — Court Section QCS — Date 2/22/18 — Time 0546

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK—DEPT. OF CORRECTION. 4. BUFF—CMD. OF ARREST, 5. GREEN—ARRAIGNING JUDGE. (Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.



# Special Needs Form

| | |
|---|---|
| PATIENT NAME: COPIEL, JAMELL | FACILITY: Vernon C. Bain Center |
| NYSID: 13102275J | BookCase: 4411801309 |

I have reviewed the patient's record and I have found that patient will need the following Special Needs/Special Requirements

1. Assistive Device : Cane ( 02/23/2018 - 08/01/2018 )

*Signature*
Gainor, George 02/23/2018 12:55 PM
Print Name/Date/Time

https://chsecwproapp.nychhc.org/mobiledoc/jsp/Corr

Jamell Copiel 18R2393
PO Box 51
Comstock NY 12821-0051

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2019 ★
BROOKLYN OFFICE

Clerk of Court
225 Cadman Plaza East
Bklyn NY 11201

7/12/19

Please place civil complaint on calander ASAP